IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO.: 4:06cr48-SPM

JASON SHOATES,

     Defendant.
_____/

### ORDER CONTINUING SENTENCING

Upon consideration, Defendant's Consented Motion for Continuance (doc. 129) is granted. The sentencing hearing is reset for 1:30 p.m. on Tuesday, February 20, 2007 at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 27th day of December, 2006.

                               *s/ Stephan P. Mickle*
                               Stephan P. Mickle
                               United States District Judge