IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 4:06cr48-SPM

JASON SHOATES,

      Defendant.
_____/

## ORDER TO INCLUDE RECOMMENDATIONS IN JUDGMENT

    Defendant Jason Shoates was sentenced on Monday, October 15, 2007. He asks that his judgment include a recommendation to the Bureau of Prisons that he be designated as close as possible to the Tallahassee area and that he be admitted to the drug treatment program. Doc. 232. The Government does not oppose.

    The Court finds sufficient grounds in the record to make these recommendations to the Bureau of Prisons. Accordingly, the clerk shall include these recommendations in the written judgment. Defendant is advised that the recommendations are not binding on the Bureau or Prisons.

    SO ORDERED this 17th day of October, 2007.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge